Certification of Judgment (AO 451 Rev - SDNY 5/25/06)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ORIX FINANCIAL SERVICES, INC., formerly known as ORIX CREDIT ALLIANCE, INC.,

                      Plaintiff,

-and-

**MICHAEL W. LEWIS AND DARLENE LEWIS,**
                      Defendants.

------------------------------------------------------------X

06 CIVIL 1434 (KMW)

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Judgment #06,2649

2:07-mc-3357-WKW

*[Stamp: RECEIVED 2007 MAR 16 A 10:06 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA]*

      I, J. Michael McMahon, Clerk of this United States District Court certify that the attached is a true and correct copy of the judgment entered in this action on December 13, 2006 as it appears in the records of this court, and that:

☒     No notice of appeal has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

☐     No notice of appeal has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been disposed of, the latest orders disposing of such a motion having been entered on _____.

☐     An appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on _____.

☐     An appeal was taken from this judgment and the appeal was dismissed by order entered on _____.

      IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on February 27, 2007

                                                      **J. Michael McMahon**

                                                                  Clerk

                                                         **(By) Deputy Clerk**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 10
DATE FILED: 12/8/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

ORIX FINANCIAL SERVICES, INC., formerly
known as ORIX CREDIT ALLIANCE, INC.,

        Plaintiff,

  -against-

MICHAEL W. LEWIS and DARLENE LEWIS,

        Defendants.

------------------------------------X

06 Civ. 1434 (KMW)

DEFAULT JUDGMENT

#06, 2649

KIMBA M. WOOD, U.S.D.J.:

    It is hereby ordered that Plaintiff have judgment against Defendants Michael W. Lewis and Darlene Lewis, jointly and severally, in the following aggregate liquidated amounts:

    (1) $23,937.16, plus default interest at the rate of 1.5% per month as provided for in Note 1, a copy of which is annexed to the Complaint, payment of which is guaranteed by the Defendants and upon which Plaintiff's claims are predicated, from February 4, 2001 to December 8, 2006, in the amount of $25,191.07;

    (2) $31,647.64, plus default interest at the rate of 1/15th of 1% per diem as provided for in Note 2, a copy of which is annexed to the Complaint, payment of which is guaranteed by the Defendants and upon which Plaintiff's claims are predicated, from February 4, 2001 to December 8, 2006, in the amount of $45,024.04;

(3) $74,181.97, plus default interest at the rate of 1/15th of 1% *per diem* as provided for in the Lease, a copy of which is annexed to the Complaint, payment of which is guaranteed by the Defendants and upon which Plaintiff's claims are predicated, from January 20, 2001 to December 8, 2006, in the amount of $106,278.04;

(4) Plus attorneys' fees (to which Plaintiff is entitled pursuant to the terms of Defendants' Guaranties) in the amount of $10,0000;

For a total amount of $316,259.92.

SO ORDERED.

Dated:   New York, New York
         December 8, 2006

　　　　　　　　　　　　　　　　　　　　　　／s／ Kimba M. Wood
　　　　　　　　　　　　　　　　　　　　　　Kimba M. Wood
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**The Clerk of Court is directed to close this case. Any pending motions are moot.**

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY _____ DEPUTY CLERK

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document that was electronically filed with the United States District Court for the Southern District of New York
Date Filed: 12/8/06
J. MICHAEL McMAHON, CLERK
By: _____

2

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON 12/13/06